**GUCOVSCHI ROZENSHTEYN, PLLC.**
Adrian Gucovschi (State Bar No. 360988)
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLA BLACKETT, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VITAL AMINE INC.,<br><br>Defendant. | Case No. 2:25-cv-05217-MWC-SSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Camila Blackett, by and through her undersigned counsel of record, hereby dismiss her claims against Defendant Vital Amine, Inc., with prejudice.

Dated: September 22, 2025.

Respectfully submitted,

**GUCOVSCHI ROZENSHTEYN, PLLC.**

By: _/s/ Adrian Gucovschi_
Adrian Gucovschi (State Bar No. 360988)
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gr-firm.com

_Attorneys for Plaintiff_

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1